DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL MEDINA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1617

[December 3, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, Judge; L.T. Case No. 13-011308CF10A.

Nellie King of the Law Offices of Nellie King, P.A., West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST, and KLINGENSMITH, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***